KAREN L. LOEFFLER
United States Attorney

JACK S. SCHMIDT
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Rm 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0402
Fax: (907) 796-0409
Email: jack.schmidt@usdoj.gov
AK# 0111074

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | COUNT 1: CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE |
| GEMA G. THOMAS | ) ) | Vio. of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(A) |
| Defendant. | ) ) ) | CRIMINAL FORFEITURE ALLEGATION 21 U.S.C. § 853(a)(1) and (a)(2) |

INFORMATION

The United States Attorney charges:

COUNT 1

Beginning at some exact time unknown, but starting at least in or about July 3, 2012, and continuing until on or about July 7, 2012, both dates being approximate and

inclusive, within the District of Alaska and elsewhere, the defendant, GEMA G. THOMAS, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the grand jury, to distribute and to possess with intent to distribute fifty grams or more of actual methamphetamine.

All of which is in violation of Title 21 United States Code Sections 846 and 841(a)(1) & (B)(1)(A).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of Count 1 of the Information, defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853(a)(1) and (a)(2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to, the following:

1. All property and inventory of the Bridal Gowns, Formal Wear, and Tuxedo Rentals business located at 213 Seward Street, Juneau, Alaska 99801

//
//
//
//

All in accordance with 21 U.S.C. § 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

RESPECTFULLY submitted this 2nd day of October, 2012, at Juneau, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ Jack S. Schmidt
JACK S. SCHMIDT
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2012, a copy of the foregoing Information was served electronically on Julie Willoughby attorney for defendant

s/Jack S. Schmidt
JACK S. SCHMIDT
Assistant U.S. Attorney