KAREN L. LOEFFLER
United States Attorney

Jack Schmidt
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
709 W. 9th St., Room 937
P.O. Box 21627
Juneau, AK 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: jack.schmidt@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) ) ) | **MOTION FOR ISSUANCE OF ARREST WARRANT UPON INFORMATION** |
| vs. | ) ) | |
| GEMA G. THOMAS, | ) ) | |
| Defendant. | ) ) ) | |

COMES NOW the undersigned, Jack Schmidt, Assistant United States Attorney, and in support of this application pursuant to Rule 9, FRCP, for issuance of a warrant of arrest upon the Information on file herein, declares under 28 U.S.C. § 1746 as follows:

I have been reliably informed and verily believe, upon the relation of Special

Agents Matthew Judy and Tony Peterson of the Federal Bureau of Investigations-Anchorage Division Juneau Resident Agency, that allegations set forth in the Information herein are true and correct based on the Agents's personal observations of defendant's actions described in the Information and that based thereon seeks a warrant of arrest for this defendant currently residing in Juneau, Alaska.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2012          KAREN L. LOEFFLER
United States Attorney

s/Jack Schmidt
Jack Schmidt
Assistant United States Attorney

**Certificate of Service**

I hereby certify that on October 2, 2012,
a copy of the foregoing Motion for Issuance of
Arrest Warrant was served electronically on:

Julie Willoughby

s/ Jack S. Schmidt

U.S. v. Thomas, Gema

2